LAWRENCE G. BROWN
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

SEALED



FILED
OCT 22 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No.  1:09-cr-00136-AWI |
|                                   ) | |
|           Plaintiff,              ) | ORDER |
|                                   ) | |
|      v.                           ) | **FILED UNDER SEAL** |
|                                   ) | |
| MICHAEL FRANCIS DiGIACCO,         ) | |
|                                   ) | |
|           Defendant.              ) | |

This matter having come before the Court pursuant to an Application under 18 U.S.C. §§ 3122, 3123, and 2703(d) by Mark J. McKeon, Assistant United States Attorney for the Eastern District of California, which Application requests an Order authorizing the installation and use of a pen register and trap and trace device on the cellular telephone bearing phone number (949) 697-7311 (the "Target Telephone"), the acquisition of information reflecting the location of cellular towers (cell site and sector/face) related to the use of the Target Telephone ("cell-site information"), and subscriber information for the Target Telephone ("subscriber information"), the Court finds:

1.   The Applicant has certified that the United States Department of the Treasury, Internal Revenue Service, Criminal Investigation Division ("IRS-CID") is conducting an ongoing criminal investigation of MICHAEL FRANCIS DiGIACCO, in connection with possible violations of 26 U.S.C. §§ 7201 and 7206(1).

2.   The Applicant has further certified that the defendant is believed to be using the Target Telephone.

3.   The Applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the requested cell-site information is relevant and material to the ongoing criminal investigation.

4.   The Applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the requested subscriber information is relevant and material to the ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that agents of IRS-CID may, for a period of sixty (60) days commencing upon the date of installation of the Pen/Trap, install and use a Pen/Trap to collect the dialing, routing, addressing, and signaling information (including date and time) associated with communications to or from the Target Telephone.

IT IS FURTHER ORDERED that agents of IRS-CID are authorized to acquire, during the same 60-day period, cell-site information for communications to and from the Target Telephone as well as the physical location of the cellular tower(s) identified thereby, but not to include GPS data or other E-911 Phase II location information.

IT IS FURTHER ORDERED that Verizon Wireless furnish agents of

1  IRS-CID forthwith subscriber information for the Target Telephone;

2  IT IS FURTHER ORDERED that Verizon Wireless furnish agents of
3  IRS-CID forthwith all information, facilities, and technical
4  assistance necessary to effectuate the Order unobtrusively and
5  with minimum interference to the services accorded to the user of
6  the Target Telephone, and that Verizon Wireless be compensated by
7  IRS-CID for reasonable expenses incurred in providing such
8  facilities and technical assistance.

9  IT IS FURTHER ORDERED that this Order and the underlying
10 Application be sealed, and that Verizon Wireless not disclose to
11 any person the existence of this Order, the underlying
12 Application, or the investigation for any reason, except as
13 required to execute the Order, unless or until ordered otherwise
14 by this Court.

15 IT IS FURTHER ORDERED that this Order apply to any changed
16 cellular telephone number subsequently assigned to the Target
17 Telephone within the period of the Order.

18 Dated: October 21, 2009

    HON. GARY S. AUSTIN
    United States Magistrate Judge