


```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No.  1:09-cr-00136-AWI
                                 )
12              Plaintiff,       )   ORDER TO SEAL
                                 )
13        v.                     )
                                 )
14  MICHAEL FRANCIS DiGIACCO,    )
                                 )
15              Defendant.       )
                                 )
16                               )
                                 )
17  _____ )
18       Good cause having been shown and pursuant to Title 18, United
19  States Code, Sections 2705(b) and 3123(d), this Court hereby
20  orders that both (1) APPLICATION AND DECLARATION FOR AN ORDER
21  AUTHORIZING (1) THE INSTALLATION AND USE OF A PEN REGISTER AND
22  TRAP AND TRACE DEVICE, (2) ACQUISITION OF CELL SITE INFORMATION,
23  AND (3) THE DISCLOSURE OF SUBSCRIBER INFORMATION, and (2) the
24  ORDER both dated October 21, 2009, shall be sealed until further
25  order of this Court.
26  Dated: October 21, 2009
                                     _____
27                                   HON. GARY S. AUSTIN
                                     United States Magistrate Judge
28
```