BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

FILED

SEP 14 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09CR0136 AWI |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL FRANCIS DIGIACCO ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED, that the Indictment against MICAHEL FRANCIS DIGIACCO, be unsealed and be dismissed, without prejudice in the interest of justice.

DATED: 9-15-10

ANTHONY W. ISHII
U.S. District Court Judge